1:13-cr-00058-JAW

## Synopsis

| | |
|---|---|
| Name: | Patrick M. Curley |
| Address: (City & State Only) | Passaic, NJ |
| Year of Birth and Age: | 1964/48 |
| Violations: | 18 U.S.C. §875(d) – extortion |
| Penalties: | Not more than two years prison (18 U.S.C. §875(d), $250,000 fine (18 U.S.C. §3571(b)(3), or both. This is a Class E felony (18 U.S.C. §3559(a)(5)). |
| Supervised Release: | Not more than one year (18 U.S.C. §3583(b)(3)) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Not more than one year (18 U.S.C. §3583(e)(3)) |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Not more than one year less any term of imprisonment imposed upon revocation of supervised release (18 U.S.C. §3583(h)) |
| Defendant's Attorney: | |
| Primary Investigative Agency and Case Agent Name: | FBI; Cameron Mizzell |
| Detention Status: | Warrant to issue |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Penobscot |
| AUSA: | Malone |
| Guidelines apply? Y/N | Yes |
| Victim Case: | Yes |
| Corporate Victims Owed Restitution: | Vescom |
| Assessments: | $100 |

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED

2013 MAR 21  P 4: 21

BY_____
    DEPUTY CLERK